**No. 68812.**—Reliance Int'l Mfg., Ltd. *v.* United States, protests 60/22885 and 62/18037 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders and water fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained. Protest 60/22885, having been abandoned as to entry 862762, was dismissed as to said entry.